ACCEPTED
03-15-00079-CR
6229422
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 10:44:19 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00079-CR

| | | |
|---|---|---|
| **DAVID KENT THACKER, JR.** | § | **IN THE THIRD** |
| **V.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 10:44:19 AM
JEFFREY D. KYLE
Clerk

### STATE'S THIRD MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted by a jury of the offense of Driving While Intoxicated with Two or More Previous Convictions for the Same Type of Offense. The offense was thereby enhanced from a third-degree felony to habitual, and Appellant received a life sentence on January 28, 2015. Appellant's brief was filed on April 17, 2015. The State's brief is currently due on July 27, 2015.

### II.

I am handling the appeal for the State in this case. I filed the State's brief in 03-14-00639-CR on July 13, 2015. I have reviewed – and, when required, filed an answer to – expunctions and nondisclosures; within the past two weeks, I have also prepared an expunction petition and order and performed other research related to

1

expunctions. I have recently assisted other attorneys in the office with issues in their appeals, including a trial court hearing on a dispute related to a reporter's record in 03-14-00570-CR and findings of fact and conclusions of law in a remanded State's appeal in 03-15-00153-CR. Additionally, I have assisted other attorneys in the office – and in one instance, an attorney from another county's office – by researching various issues that have arisen in their trials. I am currently attempting to finish the State's brief in 03-14-00818-CR. I have not yet been able to work on a response in the instant case, and respectfully request an extension of 30 days to file the State's brief. This is the third extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until August 26, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Third Motion to Extend Time to File Brief* has been delivered to Appellant DAVID KENT THACKER, JR.'s attorney in this matter:

> Gerald C. Moton
> 11765 West Avenue, PMB 248
> Austin, TX  78216
> motongerald32@gmail.com
> *Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 27th day of July, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**